## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, RESPONDANT | : | No. 49 EAL 2022 |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal |
| v. | : | from the Order of the Superior Court |
| | : | |
| | : | |
| KARL ELLIOTT, | : | |
| | : | |
| Petitioner | : | |
| COMMONWEALTH OF PENNSYLVANIA, RESPONDANT | : | No. 50 EAL 2022 |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal |
| v. | : | from the Order of the Superior Court |
| | : | |
| | : | |
| KARL ELLIOTT, | : | |
| | : | |
| Petitioner | : | |
| COMMONWEALTH OF PENNSYLVANIA, RESPONDANT | : | No. 51 EAL 2022 |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal |
| v. | : | from the Order of the Superior Court |
| | : | |
| | : | |
| KARL ELLIOTT, | : | |
| | : | |
| Petitioner | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 15th day of June, 2022, the Petition for Allowance of Appeal is **DENIED**.